JACOB LEVINE, Respondent, v. PEPSI COLA METROPOLITAN BOTTLING CO., INC., et al., Appellants.— Under all the pertinent facts, it was an improvident exercise of discretion to grant

the motion. Nolan, P. J., Johnston, Adel and Wenzel, JJ., concur; Carswell, J., concurs on the ground that the statute or rule does not authorize moving pictures to be taken.